

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2022

No. 04-22-00745-CV

**IN RE CHRISTUS SANTA ROSA HEALTH CARE CORPORATION D/B/A CHRISTUS SANTA ROSA HOSPITAL - WESTOVER HILLS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                  Irene Rios, Justice
                  Liza A. Rodriguez, Justice

On November 3, 2022, relator filed a petition for writ of mandamus and an emergency motion for immediate temporary relief pending the final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **on or before November 28, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for immediate temporary relief is **GRANTED**. The deadline to produce Sheryl Sullivan's June 16, 2021 report is **STAYED** pending further order from this court.

We **ORDER** relator to file a written order from the October 6, 2022 hearing **on or before November 9, 2022.**

It is so **ORDERED** November 4, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2022-CI-01107, styled *Sharon Kay Goodman v. Christus Santa Rosa Health Care Corporation d/b/a Christus Santa Rosa Hospital - Westover Hills and Franklin Dale Barber*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.